# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES MATTHEW WIRTH,
                 Appellant,

vs.

BRIAN WILLIAMS, WARDEN,
                 Respondent.

No. 75469

**FILED**

MAY 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, District Judge
        Charles Matthew Wirth
        Attorney General/Carson City
        Attorney General/Las Vegas
        Eighth District Court Clerk

18-16601